938

No. 323, Misc.  BLACK *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 327, Misc.  BROWN *v.* NEW JERSEY.  Supreme Court of New Jersey.  Certiorari denied.

No. 333, Misc.  SPADER *v.* MYERS, SUPERINTENDENT OF STATE PENITENTIARY.  Supreme Court of Pennsylvania.  Certiorari denied.

No. 341, Misc.  HARRIS *v.* TEXAS.  Court of Criminal Appeals of Texas.  Certiorari denied.

No. 351, Misc.  BARTLETT *v.* WEIMER.  C. A. 7th Cir. Certiorari denied.  Petitioner *pro se.  Robert B. Gosline* for respondent.

No. 358, Misc.  DER HAGOPIAN *v.* ESKANDARIAN ET AL. Supreme Court of Pennsylvania.  Certiorari denied. *Paul W. Knox* for petitioner.

No. 369, Misc.  NEAL *v.* CALIFORNIA.  District Court of Appeal of California, Second Appellate District. Certiorari denied.

No. 374, Misc.  KEESLER *v.* MARONEY, WARDEN.  Supreme Court of Pennsylvania.  Certiorari denied.

No. 386, Misc.  McCANTS *v.* NEW YORK.  Appellate Division of the Supreme Court of New York, Fourth Judicial Department.  Certiorari denied.